# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130175

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GARY MICHAEL NORTHINGTON,
     Defendant-Appellant.

SC: 130175
COA: 266115
Monroe CC: 87-021623-FC

_____/

     On order of the Court, the application for leave to appeal the November 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424